IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C. ) ) ) | |
| Plaintiff, ) | |
| v. ) | No. 04-2931 DV |
| SOUTHWIND CONSTRUCTION CORPORATION, ) ) ) | |
| Defendant and Third Party Plaintiff, ) | |
| v. ) | |
| UNITED STATES FIDELITY AND GUARANTY COMPANY, ) ) ) | |
| and ) | |
| KOESTER COMPANIES, et. al. ) | |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

This cause came on to be heard upon the statements of counsel for Plaintiff, Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. ("Baker Donelson"), the statements of counsel for Defendant, Southwind Construction Corporation ("Southwind"), the statements of counsel for Third Party Defendant, United States Fidelity And Guaranty Company ("USF&G") and the entire record in this cause. It appearing to the Court that the parties have compromised and settled the claims between them and that this action (including the claims of Baker Donelson in

M MCP 878585 v1
2860000-000788 05/12/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-19-05

26

the Complaint and the claims of Southwind in the Third Party Complaint) should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the cause of action of Baker Donelson against Southwind should be and is dismissed with prejudice.

IT IS, FURTHER, ORDERED, ADJUDGED AND DECREED that the cause of action of Southwind against USF&G and the other Third Party Defendants should be and is dismissed with prejudice

UNITED STATES DISTRICT JUDGE

DATE: May 18, 2005

APPROVED AS TO FORM:

_____
E. FRANKLIN CHILDRESS, JR. (7,040)
R. SPENCER CLIFT, III (20,445)

Attorneys for Plaintiff,
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.


_____
LARRY E. PARRISH (8,464)  *w/ permission*

Attorney for Defendant, Southwind Construction Corporation


_____
JOHN M. GILLUM  *w/ permission*

Attorney for Third Party Defendant,
United States Fidelity And Guaranty Company


## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the foregoing has been served upon John E. Rhine and William C Illingworth, Rhine, Ernest & Vargo, 631 Market Street, Mount Carmel, Illinois 62863-1489 via U.S. Mail, postage prepaid, this 17th day of May, 2005.

_____

# UNITED STATES DISTRICT COURT    WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-02931 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Larry E. Parrish
LAW OFFICES OF LARRY E. PARRISH
6075 Poplar Avenue
Ste. 420
Memphis, TN 38119--476

E. Franklin Childress
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

John M. Gillum
MANIER & HEROD
150 4th Avenue North
Ste. 2200
Nashville, TN 37219--249

Raymond Spencer Clift
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jeffrey S. Price
MANIER & HEROD
150 4th Avenue North
Ste. 2200
Nashville, TN 37219--249

Honorable Bernice Donald
US DISTRICT COURT