# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY ____ D.C.

MAY 19 PM 12:32

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

---

| | |
|---|---|
| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C. | JUDGMENT IN A CIVIL CASE |
| v. | |
| SOUTHWIND CONSTRUCTION CORPORATION | CASE NO: 04-2931-D |
| v. | |
| UNITED STATES FIDELITY AND GUARANTY COMPANY, and KOESTER COMPANIES, et al. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Consent Order Of Dismissal With Prejudice entered on May 18, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_[signature]_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

May 18, 2005
Date

ROBERT R. DI TROLIO
Clerk of Court

_[signature]_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-20-05

27


UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CV-02931 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Larry E. Parrish
LAW OFFICES OF LARRY E. PARRISH
6075 Poplar Avenue
Ste. 420
Memphis, TN 38119--476

Jeffrey S. Price
MANIER & HEROD
150 4th Avenue North
Ste. 2200
Nashville, TN 37219--249

E. Franklin Childress
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

John M. Gillum
MANIER & HEROD
150 4th Avenue North
Ste. 2200
Nashville, TN 37219--249

Raymond Spencer Clift
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT